IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 12-234

JOHN MOORE :

**ORDER**

AND NOW, this 29th day of August, 2012, on consideration of the unopposed Motion of the government for dismissal of the indictment, the Court finds the ends of justice are served by granting the motion.

It is accordingly hereby

ORDERED

that the Indictment in this matter is dismissed.

FILED
AUG 29 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

BY THE COURT:

_____
HONORABLE R. BARCLAY SURRICK
Judge, United States District Court

Fax to:
Linehan
8-29-12